UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| V.          * | CR. NO. 1:23-CR-10186-ADB-12 |
| * | |
| AMANI PERKINS    * | |
| Defendant.    * | |
| * | |

### ASSENTED TO MOTION TO CONTINUE DETENTION HEARING

NOW COMES the Defendant, Amani Perkins, by and through counsel, Paul Garrity, and hereby moves this Court to continue the February 27, 2024 Detention Hearing to a later date.

In support of this Motion, the Defendant states as follows:

1. The Defendant is scheduled at this Court for a Detention Hearing on February 27, 2024 at 2:30 p.m.

2. However, additional time is needed to review the case information and to prepare for the Detention Hearing

3. AUSA Michael Crowley assents to this within motion.

4. The undersigned counsel wishes to inform the Court that he will be on **vacation March 16, 2024 through March 24, 2024.** The undersigned counsel will also be **vacation April 22, 2024 through April 27, 2024.**

5. For scheduling purposes, the undersigned counsel wishes to inform the Court that he is **unavailable** on the following dates/times due to the following upcoming Jury Selection/Trials: **March 4, 2024** scheduled for a Jury Trial, State v. J. Cussons and State v. B. Benson, at the Hillsborough North Superior Court; **March 25, 2024** scheduled for a Jury Selection/Trial,

State v. K. Lang, at the Hillsborough North Superior Court; **April 1, 2024** scheduled for a Jury Selection/Trial, State v. M. Rheaume, at the Strafford Superior Court and a two Jury Selections/Trials, US v. E. Klotz, US v. F. Lopes, and US v. J. Suriel, at the US District Court of Massachusetts;

WHEREFORE, the Defendant, Deiby Felix, respectfully asks that this Honorable Court grant this Motion and continue February 27, 2024 Detention Hearing to a later date.

                                                                      Respectfully submitted
Deiby Felix,
By his Attorney,

Date: February 22, 2024            /s/     Paul J. Garrity
Paul J. Garrity, Bar No. 555976
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net

### CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 22nd day of February, 2024, a copy of the within Motion was e-filed for all parties involved.

Date: February 22, 2024            /s/     Paul J. Garrity
Paul J. Garrity