UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * |
| V. | * |
| | * |
| AMANI PERKINS | * |
| Defendant. | * |
| | * |

CR. NO. 1:23-CR-10186-ADB-12

### NOTICE OF VOLUNTARY ORDER OF DETENTION WITHOUT PREJUDICE

NOW COMES the Defendant, Amani Perkins, by and through counsel, Paul Garrity to request this Court accept this voluntary order of detention without prejudice.

1.  The Defendant, Armani Perkins, at this time stipulates to a voluntary order of detention without prejudice.

Respectfully submitted
Amani Perkins,
By his Attorney,

Date:   September 5, 2024

/s/ Paul J. Garrity
Paul J. Garrity, Bar No. 555976
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net

### CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 5th day of September, 2024, a copy of the within Motion was e-filed for all parties involved and sent postage prepaid to Armani Perkins.

Date: September 5, 2024

/s/ Paul J. Garrity
Paul J. Garrity