# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

### CASE NO.

UNITED STATES OF AMERICA )
    Plaintiff ) 23-CR-10186-ADB
     )
v. )
     )
Amani Perkins )
    Defendant. )

## MOTION TO DISMISS APPOINTED ATTORNEY AND
## REQUEST TO APPOINT NEW ATTORNEY

NOW COMES THE DEFENDANT, Amani Perkins , Pro Se, in the

above-entitled matter and moves this Honorable Court to dismiss my court appointed attorney,

and to appoint a new attorney to represent my interests in this matter.

The reasons I make this request are:

(✓) Disagreement in strategy;

( ) Failure to obtain a bail appeal;

(✓) Lack of understanding between me and my attorney

( ) Failure to present my best interests; and

(✓) OTHER: Communication issues

Respectfully submitted, Amani Perkins

Amani Perkins

Pro Se
Barnstable County Correctional Facility
6000 Sheriff's Place
Bourne, MA 02532

May 6th, 2026

## CERTIFICATE OF SERVICE

I, Amani Perkins , do hereby certify, under the pains and penalties of perjury,

that on this 6 day of May , 2026 I did send via mail a copy of:

**MOTION TO DISMISS APPOINTED ATTORNEY AND
REQUEST TO APPOINT NEW ATTORNEY**

To:

Paul J. Garrity
Counsel

_____


Honorable Judge
Donald L. Cabell

_____


Amani Perkins
INMATE ACTING PRO SE

Amani Perkins