UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO. 1:23-CR-10186-ADB-12 |
| | * | |
| AMANI PERKINS | * | |
| Defendant. | * | |
| | * | |

**ASSENTED TO MOTION TO CONTINUE**

NOW COMES the Defendant, Amani Perkins, by and through counsel, Paul Garrity, and hereby moves this Court to continue the July 29, 2026 Status of Counsel Hearing to a later date.

In support of this Motion, the Defendant states as follows:

1. The Defendant is scheduled for a Status of Counsel Hearing July 29, 2024 at 10:30 a.m.

2. However, the undersigned counsel will be on a preplanned vacation July 25, 2026 through August 8, 2026. This vacation was booked in September of 2025.

3. This makes it impossible for the undersigned counsel to appear for the Status of Counsel Hearing on July 29, 2026 at 10:30 a.m.

4. AUSA Michael Crowley assents to this within motion.

5. For scheduling purposed, the undersigned counsel also wishes to inform this Court of currently scheduled upcoming Jury Selections/Trials: August 17, 2026 State v. Richard Charity at the Hillsborough South Superior Court; September 9, 2026 State v. Brian Wheeler at the Grafton Superior Court; September 14, 2026 State v. Angelia Lavalliere at the Hillsborough North Superior Court; September 15, 2026 US v. Michael Martinez, US v. Jade Markham, and US v. Charles Sargent all at the US District Court of New Hampshire; September 28, 2026 State

v. Cody Coppola and State v. Jesus Crespo at the Hillsborough North Superior Court; October 5, 2026 State v. Isaac Rodriguez at the Grafton Superior Court; November 2, 2026 State v. Stephen Hilton at the Rockingham Superior Court; November 9, 2026 State v. Juan Pineda at the Hillsborough North Superior Court; November 23, 2026 State v. Justin Digaetano and State v. Matthew Ferraro at the Hillsborough North Superior Court.

WHEREFORE, the Defendant, Amani Perkins, respectfully asks that this Honorable Court grant this Motion and continue July 29 Status of Counsel Hearing to a later date.

Respectfully submitted
Amani Perkins,
By his Attorney,

Date:   July 22, 2026

/s/      Paul J. Garrity
Paul J. Garrity, Bar No. 555976
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
garritylaw@myfairpoint.net

**CERTIFICATE OF SERVICE**

I, Paul J. Garrity, herein certify that on this 22nd day of July, 2026, a copy of the within Motion was e-filed for all parties involved.

Date: July 22, 2026

/s/      Paul J. Garrity
Paul J. Garrity